FOURTH DEPARTMENT, SEPTEMBER, 1937.
(September 1, 1937.)

LOUISE C. GERRY, 189 Audubon Drive, Snyder, Erie County, N. Y., Plaintiff, v. OTTO W. VOLGER, as Commissioner of Jurors of Erie County, Defendant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 217.] Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Eighth Judicial District. — David Diamond, Esq., of Buffalo, is appointed a member of the committee in place of Charles C. Farnham, deceased. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ

(September 22, 1937.)

HENRY PARENT, Appellant, v. THE SYMINGTON COMPANY, Respondent.— Order modified so as to provide that the motion so far as it relates to striking out the first cause of action or the various paragraphs thereof be denied and as modified affirmed, without costs on this appeal to either party. All concur. (The order dismisses certain causes of action in plaintiff's complaint in a silicosis action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY L. DONOVAN, as Administratrix, etc., of FRANCIS T. DONOVAN, Deceased, etc., Respondent, v. CITY OF BUFFALO, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

AGNES E. HOARD, Appellant, Respondent, v. FLORIDA B. LUTHER, Individually, and as Executor, etc., of JOHN J. L. FRIEDERICH, Deceased, WILLIAM FRIEDERICH LUTHER and RICHARD DONALD LUTHER, Respondents, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

PELLEGRINO MOCCIA, Respondent, v. THE PFAUDLER COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE MOODY, Appellant, v. WILLIAM HUNT, as Warden of Attica Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ANNA NASCA, as Administratrix, etc., of NICHOLAS NASCA, deceased, Respondent, v. ST. MARY'S ROMAN CATHOLIC CHURCH SOCIETY, OF DUNKIRK, NEW YORK, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.